UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH A. ARNOLD, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Cause No. 1:12-cv-1573-WTL-TAB |
| CAROLYN W. COLVIN, acting Commissioner of the Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

The Court having this date made its Entry, **IT IS THEREFORE ADJUDGED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further proceedings consistent with the Court's Entry.

SO ORDERED: 02/24/2014

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification